ORIGINAL

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

NATALIE K. WIGHT (ORSBN 35576)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6937
Facsimile: (415) 436-7234
email:    natalie.wight@usdoj.gov

Attorneys for Plaintiff

**FILED**

JUN 12 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ONE SPORT-HUNTED LEOPARD TROPHY,<br><br>　　　　　　Defendants. | No. CV 09-2443 SI<br><br>MOTION AND [PROPOSED] ORDER FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN FOR DEFENDANT LEOPARD TROPHY |

The United States hereby applies to this Court for an order appointing the United States Fish and Wildlife Service ("USFWS") as the substitute custodian of the defendant One Sport-Hunted Leopard Trophy (hereinafter "defendant Leopard").

On June 2, 2009, the United States filed a civil action seeking forfeiture of the defendant Leopard, as listed in the caption of this pleading. In its complaint, the government alleged that the defendant Leopard is subject to forfeiture pursuant to Title 16, United States Code, Section 1540(e)(4) as the defendant Leopard is wildlife, taken, possessed, transported, delivered, received, carried, shipped, exported, or imported contrary to the provisions of Title 16, United States Code, Chapter 35.

Upon the filing of the civil forfeiture complaint, Supplemental Rule G(3)(b)(i) of the Federal Rules of Civil Procedure authorizes the Clerk of the Court to issue a warrant of arrest <u>in rem</u> for the defendant property.

Further, upon the seizure of the defendant Leopard, the United States requests that the Court authorize the USFWS to act as substitute custodian for the defendant Leopard until further order of this Court. The USFWS has adequate and appropriate facilities and supervision for the proper safekeeping of the defendant Leopard. The United States Marshal Service agrees to USFWS'S appointment of substitute custodian of the defendant Leopard.

Dated: 6/3/2009

Respectfully submitted,

JOSEPH P. RUSONNIELLO
United States Attorney

_____
NATALIE K. WIGHT
Special Assistant United States Attorney

### [PROPOSED] ORDER

Upon the above motion by the United States, and good cause appearing, the Court hereby authorizes the United States Fish and Wildlife Service ("USFWS") to maintain custody of the defendant Leopard until further order of this Court.

IT IS SO ORDERED.

Dated: 6/11/09

_____
HONORABLE SUSAN ILLSTON
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- MOTION AND [PROPOSED] ORDER FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN FOR DEFENDANT LEOPARD

to be served this date by U. S. mail delivery upon the persons below at the place and address which is the last known address:

William Pritchard
2409 Madrid Court
Davis, CA 95616

John J. Jackson, III, Esq.
Conservation Force Counsel
3240 S. I-10 Service Road, West, Suite 200
Metairie, LA 70001

William Pritchard
4547 W. La Quinta Lane
Yuma, AZ 85364

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of June, 2009, at San Francisco, California.

_____
ALICIA CHIN
Paralegal/ AFU