UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.: 3:09-cv-02443-SI |
| ) Plaintiff,) | **[PROPOSED] ORDER** |
| ) vs. ) | |
| ) ONE SPORT-HUNTED LEOPRARD ) TROPHY, ) ) Defendant.) | |

Pursuant to the Stipulation between the parties, the Case Management Conference in this matter will be rescheduled to October 23, 2009, at 2:30 P.M., or as soon thereafter as the matter may be heard. A joint statement from the parties is due ten days prior to the conference.

IT IS SO ORDERED.

DATED: _____  By: _____
SUSAN ILLSTON
United States District Judge