JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

NATALIE K. WIGHT (ORSBN 35576)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6937
    Facsimile: (415) 436-7234
    email: natalie.wight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   CV 09-2443 SI |
| Plaintiff, | |
| v. | JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE |
| ONE SPORT-HUNTED LEOPARD TROPHY, | |
| Defendants. | |

It is hereby stipulated by the United States and counsel for the Claimant, that due to the unavailability of counsel for the United States, good cause exists to reschedule the Case Management Conference currently set for October 23, 2009, at 2:30 p.m., to the following week on October 30, 2009, at 2:30 p.m., or as soon thereafter as the matter may be heard by the Court.

Dated:  August 6, 2009          Respectfully submitted,

                                      JOSEPH P. RUSONNIELLO
                                      United States Attorney

                                      /s/
                                      NATALIE K. WIGHT
                                      Special Assistant United States Attorney

                                      /s/
                                      JOHN J. JACKSON, III, *PRO HAC VICE*
                                      Counsel for Claimant, William Pritchard

1  **[PROPOSED] ORDER**

3  Pursuant to the Stipulation between the parties and for good cause shown, the Case Management Conference in this matter will be rescheduled to __October 30, 2009 at 2:30 p.m.__. A joint statement from the parties is due ten days prior to the conference.

7  IT IS SO ORDERED.

9  Dated: __August 7, 2009__                              _____



Judge Susan Illston