JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division
NATALIE K. WIGHT (ORSBN 35576)
Special Assistant United States Attorney
    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.6937
    Facsimile: 415.436.7234
    Email: natalie.wight@usdoj.gov

Attorneys for Plaintiff

STANFORD H. ATWOOD, JR. (CSBN 37362)
ATWOOD & ASSOCIATES
    750 University Avenue, Suite 130
    Los Gatos, California 95032
    Telephone: 408.395.5503
    Facsimile: 408.395.5519
    Email: stanford@atwoodlaw.net
JOHN J. JACKSON, III, *PRO HAC VICE* (DCBN 432019)
    3240 S. I-10 Service Road W., Suite 200
    Metairie, LA 70001
    Telephone: 504.837.1233
    Facsimile: 504.837.1145
    Email: jjw-no@att.net

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 09-CV-2443-SI |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JOINT STATUS REPORT** |
| ) | AND |
| ONE SPORT-HUNTED LEOPARD TROPHY, ) | [PROPOSED] ORDER TO |
| ) | RESCHEDULE TELEPHONE |
| ) | STATUS CONFERENCE |
| Defendant. ) | |

The United States and counsel for the Claimant hereby submit this Joint Status Report to the Court. The parties are in the process of settlement negotiations, and are currently evaluating and discussing the settlement offers that have been exchanged. Therefore, in an effort to effectuate an informal resolution to this case, the parties respectfully request that the telephone status conference currently scheduled for Friday February 19, 2010, at 3:00 p.m., be continued until March 5, 2010, or as soon thereafter as the matter may be heard by the Court.

STIPULATED AND RESPECTFULLY SUBMITTED BY:

DATED: February 12, 2010     _____/S/_____
                              NATALIE K. WIGHT
                              Special Assistant United States Attorney

DATED: February 12, 2010     _____/S/_____
                              JOHN J. JACKSON, III
                              Attorney for Claimant William Pritchard

### [PROPOSED] ORDER

Pursuant to the Stipulation between the parties and for good cause shown, the Telephone Status Conference scheduled for Friday February 12, 2010, at 3:00 p.m., will be rescheduled to _____March 5, 2010, at 3:00 p.m._____.

IT IS SO ORDERED.

Dated:_____          _____
                                HONORABLE SUSAN ILLSTON
                                United States District Judge

JOINT STATUS REPORT
C 09-2443-SI                                                                 2