```
 1  JOSEPH P. RUSSONIELLO (CASBN 44332)
    United States Attorney
 2  BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division
 3  NATALIE K. WIGHT (ORSBN 35576)
    Special Assistant United States Attorney
 4     450 Golden Gate Avenue, 11th Floor
       San Francisco, CA 94102
 5     Telephone: 415.436.6937
       Facsimile: 415.436.7234
 6     Email: natalie.wight@usdoj.gov

 7  Attorneys for Plaintiff

 8  STANFORD H. ATWOOD, JR. (CSBN 37362)
    ATWOOD & ASSOCIATES
 9     750 University Avenue, Suite 130
       Los Gatos, California 95032
10     Telephone: 408.395.5503
       Facsimile: 408.395.5519
11     Email: stanford@atwoodlaw.net
    JOHN J. JACKSON, III, PRO HAC VICE (DCBN 432019)
12     3240 S. I-10 Service Road W., Suite 200
       Metairie, LA 70001
13     Telephone: 504.837.1233
       Facsimile: 504.837.1145
14     Email: jjw-no@att.net

15  Attorneys for Claimant, William Pritchard
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 09-CV-2443-SI |
| Plaintiff, | ) | |
| v. | ) | |
| ONE SPORT-HUNTED LEOPARD TROPHY | ) | JOINT STIPULATION AND [PROPOSED] ORDER TO VACATE STATUS CONFERENCE |
| Defendant. | ) | |
| WILLIAM PRITCHARD, | ) | |
| Claimant. | ) | |

The Claimant and the United States have agreed on a settlement in lieu of further litigation on this forfeiture action. The United States and Counsel for the Claimant are in the process of finalizing the settlement documents and obtaining all necessary signatures. Accordingly, the parties request that the Court vacate the telephonic Status Conference set for March 5, 2010, at 3:00 p.m. The parties will submit a copy of the Settlement Agreement and the related Motion to Dismiss the Complaint for Forfeiture as soon as the finalized documents are signed.

STIPULATED AND RESPECTFULLY SUBMITTED BY:

Dated: February 26, 2010              Respectfully submitted,

                                      JOSEPH P. RUSONNIELLO
                                      United States Attorney

                                      _____/s/_____
                                      NATALIE K. WIGHT
                                      Special Assistant United States Attorney

                                      _____/s/_____
                                      JOHN J. JACKSON, III, *PRO HAC VICE*
                                      Counsel for Claimant, William Pritchard

### [PROPOSED] ORDER

Pursuant to the Stipulation between the parties and for good cause shown, the telephonic Status Conference set for Friday, March 5, 2010, at 3:00 p.m. is hereby vacated.

IT IS HEREBY ORDERED.    The case management conference is continued to 3/26/10 at 3:00 p.m.

Dated:_____              _____
                                      HONORABLE SUSAN ILLSTON
                                      United States District Judge

Joint Stipulation and [Proposed] Order to Vacate Status Conference
No. 09-CV-02443-SI                              2